PERERA COMPANY, INC., Appellant, v. ALBERTO LAMELA, Respondent, et al., Defendant.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

EMILY JORDAN, Respondent, v. MICHAEL TODD, Appellant.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

MATILDA EDDINGTON, Respondent, v. EDWARD EDDINGTON, Appellant.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

BERNARD H. LEFFERTS, Respondent, v. DAYLIGHT FLUORESCENT CO., INC., et al., Defendants, and MAX ROSEN, Appellant.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

CYE, HABERDASHERS, INC., Appellant, v. FLORENCE B. CRUMMINS et al., Respondents.— No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

VIRGINIA McK. HORNE, Respondent, v. LEON H. HORNE, Appellant.— No opinion. Concur — Peck, P. J., Botein, Cox and Bergan, JJ.

JULIO MOLINA, Respondent, v. LYKES BROS. STEAMSHIP CO., INC., Appellant.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.